**Order entered February 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01073-CR

### ADA BETTY CUADROS-FERNANDEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80933-06**

## ORDER

The Court **GRANTS** appellant's February 4, 2013 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **FIFTEEN DAYS** from the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE